UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARIETTA SMITH CARLIN, ET AL.                     CIVIL ACTION

VERSUS

UNITED SPECIALTY INSURANCE                        NO. 17-610-BAJ-RLB
COMPANY, ET AL

# O R D E R

The court *sua sponte* notes the potential insufficiency of the defendants' allegation of the citizenship as it relates to defendant North Star Carriers & Logistics. In the Petition for Damages, this entity is identified as **North Star Carriers & Logistics Company**. (R. Doc. 1-2 at 3). If it is a corporation, a party invoking diversity jurisdiction must allege both the state of incorporation and principal place of business of each corporate party. *See, e.g., Illinois Central Gulf Railroad Co. v. Pargas, Inc.*, 706 F.2d 633 (5th Cir. 1983). The state of incorporation and principal place of business is not provided.

The Notice of Removal, however, states that "**North Star is a Texas limited liability company**." (R. Doc. 1 at 2). The citizenship of a limited liability company for diversity purposes is determined by the citizenship of **its members**. The citizenship of **all of the members** of a limited liability company must be properly alleged. In the event a member of a limited liability company is another limited liability company, the members of that limited liability company must be properly alleged as well. *See Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). If defendant North Star Carriers & Logistics is a limited liability company as alleged in the Notice of Removal, its complete citizenship is not provided.

Accordingly,

**IT IS ORDERED**, pursuant to 28 U.S.C. §1653, that, on or before **October 12, 2017**, the defendants shall file an amended notice of removal providing the citizenship of defendant "**North Star Carriers & Logistics**," by setting forth all citizenship particulars required to sustain federal diversity jurisdiction.

Signed in Baton Rouge, Louisiana, on September 28, 2017.

                                                **RICHARD L. BOURGEOIS, JR.**
                                                **UNITED STATES MAGISTRATE JUDGE**